THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
CASE NO.: 1:25-cv-07213

JON Q. WRIGHT and
JQ LICENSING, LLC,

        Plaintiffs,

v.

B GLASS, *et. al.*,

        Defendants.

## PROOF OF SERVICE

I certify and declare that I am over the age of 18 years, employed in Palm Beach County and an attorney for Plaintiffs, Jon Q. Wright and JQ Licensing, LLC, in the above-captioned action.

Pursuant to the Court's order at ECF 26, on January 29, 2026, I provided notice of the Preliminary Injunction Order on Defendants identified on Exhibit A as numbered 1 to 134, 136 to 423, 425 to 588 by emailing these defendants a copy of the Preliminary Injunction Order in compliance with this Court's Order on Alternate Service.

The emails for these Defendants were produced to the undersigned by the internet marketplace Temu.

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ INDIANA ◆ TENNESSEE ◆ NEW YORK

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 29, 2026                    Respectfully submitted,

                    */s/ Joel B. Rothman*
                    JOEL B. ROTHMAN
                    Georgia Bar Number: 979716
                    joel.rothman@sriplaw.com
                    ANTHONY UNDERWOOD
                    Georgia Bar Number: 685078
                    aj.underwood@sriplaw.com

                    **SRIPLAW, P.A.**
                    3355 Lenox Rd. NE
                    Suite 750
                    Atlanta, GA 30326
                    561.404.4350 – Telephone
                    561.404.4353 – Facsimile

                    *Counsel for Plaintiffs Jon Q. Wright and JQ Licensing, LLC*